**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

ANTONIO DEMMING #384874          CASE NO. 1:17-CV-00176 SEC P

VERSUS                           CHIEF JUDGE DRELL

LASALLE CORRECTIONS CORP ET      MAGISTRATE JUDGE PEREZ-MONTES
AL

## MEMORANDUM ORDER

On January 23, 2017, a complaint was filed by the plaintiff.  On January 27, 2017, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to pay the filing fee or submit an IFP application.  Mover has failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on January 23, 2017, be, and hereby is, stricken from the record.

THUS DONE in Chambers on this __13th___ day of _____April_____, 2017.

_____
Joseph H. L. Perez-Montes
United States Magistrate Judge